## PEABODY COAL COMPANY v. LAMBERMONT ET AL.

[No. 17,003. Filed February 20, 1943.]

[For opinion of the Supreme Court remanding the case to the Appellate Court after it had dismissed the appeal, see 220 Ind. 525.]

*Hays & Hays,* of Sullivan, for appellant.

*George N. Beamer,* Attorney General, *Fred R. Bechdolt* and *Charles W. Grubb,* both of Indianapolis, and *McDonald & McDonald,* of Princeton, for appellees.

FLANAGAN, P. J.—The facts in this case are the same as those in the case of *Walter Bledsoe Coal Co.* v. *Review Board, etc.* (1943), 221 Ind. —, 46 N. E. (2d) 477, and the same issues are involved. On the authority of that decision the award herein is reversed.

NOTE.—Reported in 46 N. E. (2d) 706.